1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | ALEX G. TSE (CSBN 152348)
Chief, Civil Division

4 | MARK R. CONRAD (CSBN 255667)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025

7 | Fax: (415) 436-6748
Email: mark.conrad@usdoj.gov

8

Attorneys for Defendants

9

10 | REESE LAW GROUP
Joseph M. Pleasant (CSBN179571)

11 | 6725 Mesa Ridge Road, Suite 240
San Diego, CA 92121

12 | Telephone: (858) 550-0389
Fax: (858) 550-0941

13 | Email: jpleasant@reeselawgroup.com

14 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE FARM AUTOMOBILE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | No. C 12-04678 MEJ<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ~~[PROPOSED~~] ORDER** |

STIPULATION EXTENDING TIME
Case No. C 12-04678 MEJ

1   Pursuant to Northern District Civil Local Rules 6-1(a), 7-12, and 16-2(d), Plaintiff State
2   Farm Mutual Automobile Insurance Company and Defendant United States of America hereby
3   submit the following stipulation and proposed order extending the time for Defendant to respond
4   to the Complaint and continuing the Initial Case Management Conference in this action.

*****

6   WHEREAS, on September 7, 2012, Plaintiff filed this subrogation action seeking
7   $5000.98 in damages in connection with an insurance claim that was paid by Plaintiff to a
8   policyholder involved in a motor vehicle accident with an individual allegedly acting at the time
9   within the course and scope of his employment by the United States Mint;

10  WHEREAS, Plaintiff served the United States Attorney's Office with a copy of the
11  summons and complaint in this action on or around September 27, 2012;

12  WHEREAS, the Order Setting Initial Case Management Conference and ADR Deadlines
13  in this action, see Dkt. No. 3, set a deadline of November 29, 2012, for the parties to submit a
14  Case Management Statement, and further set an initial case management conference for
15  December 6, 2012;

16  WHEREAS, Defendant has not yet responded to the Complaint in this action and,
17  without waiving any arguments that Defendant may have regarding defects of service in this
18  action, the deadline for Defendant to respond to the Complaint in this action is still not until
19  November 26, 2012;

20  WHEREAS, in light of the amount in controversy in this action, the parties have already
21  initiated good-faith discussions regarding the settlement of the claims presented in this action
22  and intend to continue such negotiations forthwith and to voluntarily exchange information
23  regarding the subject matter of this lawsuit in order to resolve the dispute, if possible, without
24  further litigation or need for Court intervention;

25  NOW, THEREFORE, it is hereby agreed by Plaintiff and Defendant that (1) Defendant's
26  deadline to respond to the Complaint in this action shall be extended by forty-five (45) days until
27  and including Monday, January 14, 2013; and (2) the Initial Case Management Conference set in
28  this action shall be continued until February 7, 2013, at 10:00 a.m. and all other deadlines set by

STIPULATION EXTENDING TIME
Case No. C 12-04678 MEJ           -1-

the Court in its Order Setting Initial Case Management Conference shall be continued by the same interval, such that the parties' Case Management Statement(s) shall be due on or before January 31, 2013, and the meet-and-confer deadlines set in the Court's order shall be January 17, 2013.

    IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 26, 2012      MELINDA HAAG
United States Attorney

*/s/ Mark R. Conrad*
MARK R. CONRAD
Assistant United States Attorney
Attorneys for Defendant

DATED: November 26, 2012      REESE LAW GROUP
Joseph M. Pleasant

*/s/ Joseph M. Pleasant*
JOSEPH M. PLEASANT
Attorneys for Plaintiff

1

**[PROPOSED] ORDER**

2    Pursuant to the stipulation of the parties, the Court hereby ORDERS that the deadline for

3  Defendant to respond to the Complaint in this action shall be extended by forty-five (45) days

4  until and including Monday, January 14, 2013; and further ORDERS that the Initial Case

5  Management Conference in this matter set for December 6, 2013, is hereby VACATED and

6  CONTINUED until February 7, 2013, at 10:00 a.m.  The parties shall file a Joint Case

7  Management Statement not later than January 31, 2013.

8    PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10  Dated:   November 27, 2012                           _____

11                                                      HONORABLE MARIA-ELENA JAMES
                                                        Chief Magistrate Judge