MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MARK R. CONRAD (SBN 255667)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7025
    Fax: (415) 436-6748
    Email: mark.conrad@usdoj.gov

Attorneys for Defendant

Joseph M. Pleasant, Esq. (CSBN 179571)
REESE LAW GROUP
A Professional Law Corporation
6725 Mesa Ridge Road, Suite 240
San Diego, CA 92121
Telephone: (858) 550-0389 x220
Fax: (858) 550-0941
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Docket No. C 12-04678 MEJ<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND N.D. CIV. L.R. 77-2(c). |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the undersigned Plaintiff State Farm Mutual Automobile Insurance Company and Defendant United States of America, by and through their respective attorneys, as follows:

WHEREAS, Plaintiff filed the above-captioned action on September 7, 2012;

WHEREAS, Plaintiff and Defendant, wishing to avoid any further litigation and controversy and to settle and compromise fully any and all claims and issues that have been raised, or could have been raised in this action, entered into a Settlement Agreement ("Agreement") on January 7, 2013, in consideration of the mutual promises contained therein, and other good and valuable consideration, the adequacy of which was acknowledged by Plaintiff and Defendant;

WHEREAS, this action is not subject to Rules 23(e), 23.1(c), 23.2, or 66, and therefore may be dismissed voluntarily pursuant to the stipulation of all parties who have appeared, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), and may be ordered dismissed by the Clerk without further direction of a Judge, *see* N.D. Civ. L.R. 77-2(c);

NOW, THEREFORE, it is hereby agreed, by and between Plaintiff State Farm Mutual Automobile Insurance Company and Defendant United States of America, through their undersigned counsel, that this action shall be and hereby is dismissed *with prejudice*, each party to bear its own fees and costs.

IT IS SO STIPULATED.

DATED: ~~January~~ April 1, 2013

MELINDA HAAG
United States Attorney

MARK R. CONRAD
Assistant United States Attorney

1 | DATED: January 9, 2013  REESE LAW GROUP

JOSEPH M. PLEASANT
Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 1, 2013

HON. MARIA-ELENA JAMES
United States Magistrate Judge