MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MARK R. CONRAD (SBN 255667)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, CA 94102-3495
      Telephone: (415) 436-7025
      Fax: (415) 436-6748
      Email: mark.conrad@usdoj.gov

Attorneys for Defendant


Joseph M. Pleasant, Esq. (CSBN 179571)
REESE LAW GROUP
A Professional Law Corporation
6725 Mesa Ridge Road, Suite 240
San Diego, CA 92121
Telephone: (858) 550-0389 x220
Fax: (858) 550-0941
Attorneys for Plaintiff


# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Docket No. C 12-04678 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND N.D. CIV. L.R. 77-2(c).** |

STIPULATION OF DISMISSAL WITH PREJUDICE
No. C 12-04678 MEJ

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the undersigned Plaintiff State Farm Mutual Automobile Insurance Company and Defendant United States of America, by and through their respective attorneys, as follows:

WHEREAS, Plaintiff filed the above-captioned action on September 7, 2012;

WHEREAS, Plaintiff and Defendant, wishing to avoid any further litigation and controversy and to settle and compromise fully any and all claims and issues that have been raised, or could have been raised in this action, entered into a Settlement Agreement ("Agreement") on January _9_, 2013, in consideration of the mutual promises contained therein, and other good and valuable consideration, the adequacy of which was acknowledged by Plaintiff and Defendant;

WHEREAS, this action is not subject to Rules 23(e), 23.1(c), 23.2, or 66, and therefore may be dismissed voluntarily pursuant to the stipulation of all parties who have appeared, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), and may be ordered dismissed by the Clerk without further direction of a Judge, *see* N.D. Civ. L.R. 77-2(c);

NOW, THEREFORE, it is hereby agreed, by and between Plaintiff State Farm Mutual Automobile Insurance Company and Defendant United States of America, through their undersigned counsel, that this action shall be and hereby is dismissed *with prejudice*, each party to bear its own fees and costs.

IT IS SO STIPULATED.

DATED: ~~January~~ April 1, 2013

MELINDA HAAG
United States Attorney

MARK R. CONRAD
Assistant United States Attorney

1   DATED: January 4, 2013                     REESE LAW GROUP

2

3                                              _____
                                               JOSEPH M. PLEASANT
4                                              Attorneys for Plaintiff

5

6   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7
    Dated: _April 1, 2013_
8                                              _____
                                               HON. MARIA-ELENA JAMES
9                                              United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE
No. C 12-04678 MEJ                              3